Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
Telephone: (208)-345-5183
Facsimile: (208)-906-8663
chd@fergusondurham.com
ISB No. 6428

Attorney for Defendant Perales

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>v.<br><br>RAY PERALES and RICARDO RENTERIA-CASTILLO,<br>　　　　　Defendants. | Case No. 1:17-CR-00245-DCN<br><br>**MOTION TO SUPPRESS STATEMENTS AND EVIDENCE** |

COMES NOW Defendant Ray Perales, by and through his counsel, moves this Court to suppress statements and evidence in this case, for the reasons provided in an accompanying memorandum in support. This motion is brought under Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure, and the Fourth, Fifth, and Fourteenth

MOTION TO SUPPRESS - 1

Amendments to the United States Constitution.

Mr. Perales requests and evidentiary hearing and oral argument.

Dated this 8th day of March, 2018.

                        Respectfully submitted,

                        /s/ Craig H. Durham
                        Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that, on March 8, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Christopher Atwood
christopher.atwood@usdoj.gov

Attorney for the United States

Gerald Bublitz
Josh Bublitz
Jessica Bublitz
gerald@bublitzlawfirm.com
joshua@bublitzlawfirm.com
jessicabublitz@yahoo.com

Attorneys for Defendant Renteria-Castillo

/s/Craig H. Durham